IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM N. LUCY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION 10-00382-CG-M |
| | ) |
| STAR IMPORTS, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court[1]. It is **ORDERED** that Defendants' Motions to Dismiss (Docs. 5, 11) are **GRANTED** and that Plaintiff's Complaint be and is hereby **DISMISSED** without prejudice.

**DONE and ORDERED** this 29th day of October, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE

---

[1] As the court finds that it has no jurisdiction, all other pending motions are deemed MOOT.